# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0234.  SEAN LANGSHAW v. LPP MORTGAGE, LTD. et al.**

Sean and Wanja Langshaw filed this application for discretionary appeal seeking review of the trial court's order directing the reformation of a deed.[1]  Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35."  It does not appear that any provision of OCGA § 5-6-35, the discretionary appeal statute, applies here.  Moreover, the order to be appealed appears to be a final judgment.

This Court will grant an otherwise timely discretionary application pursuant to OCGA § 5-6-35 (j) if the order is subject to direct appeal and the applicant has not timely filed a notice of appeal.  As it does not appear that the Langshaws have filed a notice of appeal, this application is hereby GRANTED.  The Langshaws shall have ten days from the date of this order to file a notice of appeal with the trial court.  The trial court is instructed to include a copy of this order in the record transmitted to this Court.

---

[1] The Langshaws filed the application in the Supreme Court, which transferred it here upon finding that "the grant of equitable relief is merely ancillary to the legal issues."



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/18/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*